**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                        NOTICE OF REASSIGNMENT

   **Schelberg-Pezzuti**

   V.                                              **1:07-cv-3602**

   **Schelberg et al.**


   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X



        Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action
is reassigned to the calendar of

                    **JUDGE     BRIEANT**


        All future documents submitted in this action are to be presented in the Clerk's Office of
the Southern District Court for filing and shall bear the assigned judge's initials after the case
number.

        The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of
Reassignment on all defendants.

                                        J. Michael McMahon, CLERK

**Date: 6/15/07**

                        By:        **Tiffany Rodriguez**
                                        Deputy Clerk



cc:  Attorneys of Record
PS REASSIGNMENT FORM

Data Quality Control                                    Revised:  March 9, 2001