# KURZMANN LAW OFFICES, P.C.

ATTORNEYS AND COUNSELORS AT LAW
275 N. MIDDLETOWN ROAD · 2ND FLOOR
PEARL RIVER, NEW YORK 10965-1142
TELEPHONE (845) 735-6300

———

TELECOPIER (845) 735-7660

**MEMO ENDORSED**



June 18, 2008

Honorable George A. Yanthis
United States Magistrate Judge
300 Quarropas Street, Room 116
White Plains, New York 10601

    Re: <u>Candace Schelberg-Pezzuti V. Christopher Schelberg, et al.</u>
        <u>USDC SDNY Civil Action No. 07 CV 3602(CLB)(GAY)</u>

Dear Magistrate Judge Yanthis:

    My firm represents the defendant in this action. By a previous memo endorsed letter to the Court dated May 30, 2008, the date for service and filing of defendant's motion to dismiss or in the alternative for summary judgment was adjourned to June 17, 2008. I had fully expected to serve and file the papers by that time.

    Since requesting the adjournment, I have bee pressed into urgent service to respond to an U.S. Department of Justice Civil Rights investigation of one of my firm's clients and have been unable to complete the motion despite my efforts to do so..

    I respectfully request that the Court allow me another week, to June 24, 2008 to complete the motion. This request is not being made for purposes of delay and it appears that there will be no prejudice to the plaintiff *pro se* by the granting of this second modest adjournment.

    Thank you very much for considering my request.

Granted

SO ORDERED: _____ 6/18/08
Hon. George A. Yanthis
United States Magistrate Judge.

Respectfully yours,

MARK J. KURZMANN

MJK:mo
enc.
cc: Ms. Candace Schelberg-Pezzuti (*via* mail and fax)

---

NEW YORK CITY OFFICE: 767 THIRD AVENUE · 36TH FLOOR · NEW YORK, N.Y. 10017
TELEPHONE (212) 755-5700 · TELECOPIER (212) 758-6963