UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SCANNED**

---

CANDACE SCHELBERG PEZZUTI,

    Plaintiff,

-against-

CHRISTOPHER J. SCHELBERG,

    Defendant.

---

07-cv-3602(CLB)(GAY)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, JOSHUA H. ABRAMSON, ESQ., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Kirk T. Kennedy, Esq.
    Nevada Bar No: 5032
    Law Office of Kirk T. Kennedy
    815 S. Casino Center Blvd.
    Las Vegas, NV 89101
    Tel: 702-385-5534
    Fax: 702-385-1869

    KIRK T. KENNEDY, ESQ., is a member in good standing of the Bar of the State of Nevada. There are no pending disciplinary proceedings against Kirk T. Kennedy, Esq. in any State or Federal court.

Dated:    New York, New York
          July 3, 2008

                                    PORZIO, BROMBERG & NEWMAN, P.C.
                                    *Attorneys for Plaintiff Candace Schelberg Pezzuti*

                                    By: _____
                                        Joshua H. Abramson (JA-9762)
                                        156 West 56th Street, Suite 803
                                        New York, NY 10019
                                        Tel: 212-265-6888
                                        Fax 212-957-3983

To:  Mark J. Kurzmann, Esq.
Law Offices of Mark J. Kurzmann
*Attorneys for Defendant Christopher Schelberg*
275 North Middletown Road
Pearl River, NY 10952
Tel: 845-735-6300

1216346

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDACE SCHELBERG PEZZUTI,<br><br>Plaintiff,<br><br>-against-<br><br>CHRISTOPHER J. SCHELBERG,<br><br>Defendant. | 07-cv-3602(CLB)(GAY)<br><br>**AFFIRMATION OF JOSHUA H. ABRAMSON, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

JOSHUA H. ABRAMSON, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am counsel for the Plaintiff in the above-entitled action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kirk T. Kennedy, Esq. as counsel *pro hac vice* to represent the Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and I was admitted to practice law in New York in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kirk T. Kennedy, Esq. for less than 1 year.

4. Kirk T. Kennedy, Esq., owns his law firm in Las Vegas, Nevada, wherein he has practiced since 1993 and he has been a member of the federal court bar in Nevada since October, 1993. The Certificate of Good Standing of Kirk T. Kennedy, Esq. from the United States District Court, District of Nevada is attached hereto as Exhibit A.

5. I have found Mr. Kennedy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Kirk T. Kennedy, Esq. *pro hac vice*.

1216340                                         1

7.  I respectfully submit a proposed order granting the admission of Kirk T. Kennedy, Esq., *pro hac vice*, which is attached hereto as Exhibit B.

**WHEREFORE**, it is respectfully requested that the motion to admit Kirk T. Kennedy, Esq., *pro hac vice*, to represent the Plaintiff in the above captioned matter, be granted.

Dated:   New York, New York
         July 3, 2008

                                                        _____
                                                        JOSHUA H. ABRAMSON

1216340                             2

# CERTIFICATE OF GOOD STANDING

I, Lance S. Wilson, Clerk of the United States District Court for the District of Nevada, do hereby certify that

**Kirk T. Kennedy**

was duly admitted to practice in said Court on

Wednesday, October 27, 1993

and is in good standing as a member of the bar of said Court.

LANCE S. WILSON, Clerk of Court

By: _____
Deputy Clerk

Dated on
Monday, June 30, 2008