UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDACE SCHELBERG PEZZUTI, | 07-cv-3602(CLB)(GAY) |
| Plaintiff, | |
| -against- | ORDER FOR ADMISSION *PRO HAC VICE* |
| CHRISTOPHER J. SCHELBERG, | |
| Defendant. | |

Upon the motion of Joshua H. Abramson, Esq. attorney for Plaintiff, Candace Schelberg Pezzuti and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Law Office of Kirk T. Kennedy
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Phone: 702-385-5534
Fax: 702-385-1869
email address: ktkjd1@cox.net

is admitted to practice *pro hac vice* as counsel for Plaintiff Candace Schelberg Pezzuti in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/9/08

SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

1216344