**MEMO ENDORSED**

KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff
Admitted Pro Hac Vice

JOSHUA H. ABRAMSON, ESQ.
PORZIO, BROMBERG & NEWMAN, P.C.
156 W. 56th St.
New York, NY 10019-3800
(646) 348-6720
Local Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| CANDACE SCHELBERG PEZZUTI, | ) | 2:07-cv-3602-CS-GAY |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| CHRISTOPHER J. SCHELBERG, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO LIFT STAY ON DISCOVERY

COMES NOW, the Plaintiff, CANDACE SCHELBERG PEZZUTI, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., hereby files this motion for an Order to lift the pending stay on discovery and allow the case to proceed.

*Application granted. The stay on discovery is lifted. Counsel are directed to confer and submit proposed discovery schedule to Court within 10 days of this Order.*

SO ORDERED: 9/3/08
Hon. George A. Yanthis
United States Magistrate Judge.